UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BATUR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH B. EDLOW, *in his official capacity* as Director, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | CASE NO. 1:26-cv-1459 <br><br> JUDGE BRIDGET MEEHAN BRENNAN <br><br> **ORDER OF DISMISSAL** |

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 4). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Date: August 21, 2026

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE